**RECEIVED IN**
COURT OF CRIMINAL APPEALS

MAR 20 2015

81,779-01

Criminal Court of Appeals -

My name is Dessie Swim and my husbands name is Roy Swim we are the parents of Royce Swim which has a case pending (case number is CR15428-A)

I am writing you to please ask if before you make the order on his case to please talk to his wife and daughter.

His wife being Kimberly Swim and his daughter is Tanesha Swim

After the hearing on Dec-11th 2014 at Wise County district Court, Kimberly Swim talked to me for almost an hour, letting me know how she felt that the hearing went and also her daughter Tanesha.

Kim said that her daughter was very torn up over being worried that her dad Royce would not want to have anything to do with her and her mother now that Tanesha pled the 5th at the hearing. I know that Kim and Tanesha still want Royce in their lives by the way they both are acting and by how and what Kim, Royce's wife say.

So the reason Im writing you is

that ever since the hearing, Kim has been quiet, not wanting to talk and I feel that she has been threatened by some one. Maby from Wise County, lawyers or DA, or who ever, but am hoping and praying that you will take the time to contact Kim and Tanesha on Koyei's behalf and not just take what is put in the report from Wise County district Court for the sake of the family and for the sake of you hearing what Kim and Tanesh want to happen in this case. Please consider our request.

you know it doesn't make sence to fly Tanesha + Kim from Colorado to Texas then when they get there befor Court, and they gave Tanesha a lawyer, then he threatened her with prosecution if she got on the stand and said that she lied about her father touching her — so she was so scarred, all she could do was not say anything, so now what justice is in that, by them not letting her tell the truth — I just don't understand —

Thanks for your time — All contact information is on next page

Thanks

Dessie Swim
311 E 5th St -
P.O. Box 383
Sundown, TX. 79372
ph: 806-229-3451
Cell: 806-293-1525


Kimberly Swim
808 Senecio Ct.
Lafayette Colo. 80026
PH: 720-491-0005